**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Luis Fernando De Oliveira Silva
    Petitioner

                                                    CIVIL ACTION

        V.
                                                    NO.  1:26-cv-11692-ADB


Timothy Baptiste et al
        Respondents


## <u>ORDER OF DISMISSAL</u>


Burroughs, D. J.


        In accordance with the Court's Electronic Order dated <u>May 28, 2026</u>, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.


                                                    By the Court,



May 28, 2026                                        /s/Caetlin McManus
        Date                                        Deputy Clerk